UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.D., ex rel. CAROL ANN GIOVANNONI,<br><br>Plaintiff,<br><br>v.<br><br>CASTRO VALLEY UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No. 19-cv-06691-JCS<br><br>**ORDER GRANTING STIPULATION**<br><br>Re: Dkt. No. 43 |

The parties' stipulation dated December 23, 2020 is GRANTED for the reasons stated therein. The December 30, 2020 settlement conference deadline is VACATED, and will be reset at the January 8, 2021 case management conference.

**IT IS SO ORDERED.**

Dated: December 24, 2020

JOSEPH C. SPERO
Chief Magistrate Judge