UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.G.,<br><br>          Plaintiff,<br><br>     v.<br><br>CASTRO VALLEY UNIFIED SCHOOL DISTRICT,<br><br>          Defendant. | Case No. 19-cv-06691-JCS<br><br>**ORDER SEALING DECLARATION OF ENRICO GIOVANNONI**<br><br>Re: Dkt. No. 79 |

The Court's previous order dated September 23, 2021 (dkt. 83) inadvertently omitted the declaration of Plaintiff Enrico Giovannoni (dkt. 79) from a list of documents containing the names of other students who were minors during the events at issue. For the reasons stated in that previous order, Enrico Giovannoni's declaration is hereby SEALED sua sponte, and he is ORDERED to provide a redacted version no later than September 30, 2021.

**IT IS SO ORDERED.**

Dated: September 23, 2021

JOSEPH C. SPERO
Chief Magistrate Judge